UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RITA LEMONS; dba EXPERTS ARE US INC; dba EXPERTS ARE US MEDICAL EQUIPMENT; dba EXPERTS ARE US LOVELY'S HOME CARE,<br><br>        Plaintiff,<br>VS.<br><br>PALMETTO GBA, *et al*,<br><br>        Defendants. | CIVIL ACTION NO. H-08-715 |

## OPINION & ORDER

Pending before the Court is Administration Centers for Medicare and Medicaid Service, Pamela Gadson, Mark Porter, Palmetto GBA, National Supplier Clearinghouse's ("Defendants") Supplement to Motion to Dismiss (Doc. 40), which incorporates by reference the arguments put forth by Defendant's Motion to Dismiss (Doc. 18). The Supplement was filed on August 13, 2008. Doc. 40. Pursuant to rule 7.3, the time for filing Plaintiff's responsive pleading was twenty days later, on September 2, 2008. This being March 4, 2009, that date has passed. Pursuant to Local Rule 7.1, "[f]ailure to respond will be taken as a representation of no opposition." Consequently, as Defendants' motion to dismiss is unopposed, the Court will grant it. The instant action is therefore DISMISSED WITHOUT PREJUDICE.

SIGNED at Houston, Texas, this 4th day of March, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE