UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RITA LEMONS; dba EXPERTS ARE US INC; dba EXPERTS ARE US MEDICAL EQUIPMENT; dba EXPERTS ARE US LOVELY'S HOME CARE,<br><br>    Plaintiff,<br>VS.<br><br>PALMETTO GBA, *et al*,<br><br>    Defendants. | CIVIL ACTION NO. H-08-715 |

## OPINION & ORDER

Pending before the Court is Plaintiff Rita Lemons ("Lemons") Motion for Reconsideration (Doc. 63). The Court ordered the instant action dismissed without prejudice. *See* Doc. 62. Plaintiff seeks reconsideration of that order.

The Court having considered the motion and the response finds that the Motion for Reconsideration should be DENIED.

It is so ORDERED.

.

SIGNED at Houston, Texas, this 16th day of April, 2009.

                                              MELINDA HARMON
                                     UNITED STATES DISTRICT JUDGE